IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY L. GREEN, SR.,

    Plaintiff,

vs.                                          Case No. 4:14cv283-MW/CAS

MICHAEL CREWS, J. ALVAREZ, M.D.,
A.R.N.P. CHRISTY DAVIS, B. BOTTOMS,
and DR. LOPEZ,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On Order was entered on June 8, 2015, directing Plaintiff to file a fourth amended complaint. Doc. 40. The Order explained why Plaintiff's third amended civil rights complaint,[1] doc. 37, was deficient and informed Plaintiff what must be included, and omitted, in his fourth amended complaint. Doc. 40. Plaintiff has now filed a motion requesting leave to file an amended complaint. Doc. 46. Attached to that motion is a

---

[1] Previously, a Report and Recommendation was entered recommending that Defendants' motion to dismiss, doc. 7, be granted and Plaintiff's complaint be dismissed for failure to state a claim, but that Plaintiff be given an opportunity to submit an amended complaint if he believed there was a basis to do so under the Eighth Amendment and he had exhausted administrative remedies as to that claim. Doc. 30. Without awaiting a ruling on the Report and Recommendation or filing any objections, Plaintiff filed an amended complaint. Doc. 31. Subsequently, he was directed to file a second amended complaint, doc. 33, and then a third amended complaint, doc. 36.

copy of the prior Court Order, doc. 40. Doc. 46 at 3-6. Plaintiff then included another copy of his "amended complaint," doc. 31, filed in this Court on February 27 2015. Doc. 46 at 7-16. He also attached a copy of his "amended civil tort" complaint which appears to have been submitted to the state court as the document is not styled for this Court. Doc. 46 at 17-19. Plaintiff also attached a "motion for injunctive relief," doc. 46 at 20-21, previously filed in this case on September 19, 2014. Doc. 12-1 at 1-2, and a "No Contact Notice," doc. 46 at 22, which was also previously submitted. Doc. 12-1 at 4. Plaintiff then attached another copy of his third amended complaint, doc. 46-2 at 1-27, which he previously filed on May 22, 2015. Doc. 37.

By Plaintiff's submission of prior documents which have previously been found to be deficient, Plaintiff has shown that he is unwilling to comply with court orders. This case should be dismissed for Plaintiff's failure to comply with court orders and failure to submit a viable complaint. No further opportunities should be extended to submit further complaints.

Review of the cumulative documents Plaintiff has now submitted demonstrates that he refuses to make any effort to comply with the prior Orders of this Court and submit a plausible complaint. *See* docs. 33, 36, and 40. Plaintiff has been directed to set forth all factual allegations in numbered paragraphs. He has not done so. Because the amended complaint does not comply with Federal Rule of Civil Procedure 10(b), it is insufficient. Additionally, Plaintiff was required to state when the events about which he complains occurred. Docs. 36, 40. He has not done so. Doc. 46. Plaintiff presents legal argument, but not factual allegations. Plaintiff does not clearly identify his medical condition or explain his symptoms, problem, or injury. Plaintiff does not state why he

needs treatment or pain management. Plaintiff does not identify when he received treatment, by whom, or describe what each named Defendant did or did not do. Instead, Plaintiff quotes legal phrases and makes conclusory assertions. That is not sufficient, as Plaintiff has been repeatedly advised. Docs. 33, 36, and 40.

Plaintiff was most recently warned that if he failed to comply with the prior Orders and correct the deficiencies which were explained to him, "a recommendation [would] be made to dismiss this case for failure to state a claim." Doc. 40. Plaintiff's recently submitted combination of complaints, doc. 46, does not comply.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave, doc. 46, be **DENIED**, and this case be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and failure to comply with court orders. It is further **RECOMMENDED** that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on July 15, 2015.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**