IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASASEE DIVISION

**TOMMY L. GREEN, SR.,**

    **Plaintiff,**

v.                                                    Case No.  4:14cv283-MW/CAS

**MICHAEL CREWS,
J. ALVAREZ, M.D.,
ARNP CHRISTY DAVIS,
B. BOTTOMS, and
DR. LOPEZ,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 47.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Plaintiff's motion for leave, ECF No. 46, is **DENIED**.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and failure to comply with court orders.  The Clerk is directed to note on the docket that this

1

cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."    The Clerk shall close the file.

**SO ORDERED on September 11, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
